UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 22-42888

JAMES MURRAY BEY, JR.,  Chapter 13

    Debtor.  Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE DUE TO THE DEATH
## OF DEBTOR JAMES MURRAY BEY, JR.

On October 28, 2022, the Court entered an order entitled "Order Requiring Personal Representative of the Deceased Debtor's Estate, or Any Other Party in Interest, to Show Cause in Writing Why this Case Should Not Be Dismissed, Due to the Death of Debtor James Murray Bey, Jr." (Docket # 43, the "Show-Cause Order"), which provided, in relevant part:

> IT IS ORDERED that if the personal representative of the estate of the deceased Debtor James Murray Bey, Jr., or any other party in interest, opposes the dismissal of this case, then **no later than November 14, 2022**, such person(s) must file a written response to this Order, showing cause why the Court should not dismiss the case of James Murray Bey, Jr., under Fed. R. Bankr. P. 1016, on the ground he is deceased.

(Bold in original). No one has filed a response to the Show-Cause Order. The Court finds good cause to enter this Order.

Accordingly,

IT IS ORDERED that this bankruptcy case¹ is dismissed under Fed. R. Bankr. P. 1016.

**Signed on November 15, 2022**  /s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

¹ The case of the joint debtor, La-Vern Bey, was previously voluntarily dismissed, by an Order entered on September 22, 2022 (Docket # 34).